Filed: 5/22/2026 8:42 AM
Michael Gould
District Clerk
Collin County, Texas
By Julie Wolfe Deputy
Envelope ID: 115237895

## CAUSE NO. 199-03405-2026

| | | |
|---|---|---|
| LINDALE PLAZA LLC | § | IN THE HONORABLE COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | 199TH JUDICIAL DISTRICT |
| | § | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY | § | |
| Defendant. | § | COLLIN COUNTY, TEXAS |

### AFFIDAVIT OF SERVICE

"The following came to hand on **May 19, 2026, 1:59 pm**,

**CITATION, PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**

and was executed at **211 East 7th Street Ste 620, Austin, TX 78701** within the county of **Travis** at **01:15 PM** on **Thu, May 21 2026**, by delivering a true copy to the within named

**NATIONAL FIRE & MARINE INSURANCE COMPANY, BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY ACCEPTED BY AUTHORIZED AGENT KANEISHA GROSS**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Corin Johnson**, I am at least 18 years old, and my address is **500 E. 4th St. #143, Austin, TX 78701** , and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **Texas**, on **May 21, 2026**.

**Corin Johnson**
**Certification Number: PSC-5625**
**Certification Expiration: 9/30/2026**

**EXHIBIT
1**

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jonathan Ayers on behalf of Jonathan Ayers
Bar No. 01465900
jayers@ayersfirm.com
Envelope ID: 115237895
Filing Code Description: Service Return
Filing Description: Affidavit of Service for NFMI
Status as of 5/22/2026 1:56 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kim Brown | | kim@ayersfirm.com | 5/22/2026 8:42:32 AM | SENT |
| Jonathan Ayers | | jayers@ayersfirm.com | 5/22/2026 8:42:32 AM | SENT |
| Ashley Gresham | | ashley@ayersfirm.com | 5/22/2026 8:42:32 AM | SENT |

Copy from re:SearchTX